JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EVERETT TOY, | ) | NO. CV 14-630-CJC (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| J. SOTO, Warden, | ) | |
| Respondent. | ) | |

    Pursuant to the Order of Dismissal, IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: February 4, 2014

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE